**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                                       Case No. _____

**PLAZA DIAZ, MARITZA**                                     Chapter **13**
                                        Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/30/2016**                      ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **450.00** x **36** = $ **16,200.00**
$ **650.00** x **24** = $ **15,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                     TOTAL: $ **31,800.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

      PROPOSED BASE: $ **31,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,858.00**

Signed: **/s/ MARITZA PLAZA DIAZ**
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Banco Popular de Pu**    Cr. _____    Cr. _____
# **8120705847713**    # _____    # _____
$ **11,416.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Firstbank Puerto Ric**    Cr. _____    Cr. _____
# **100738671388920**    # _____    # _____
$ **10,829.00**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **Banco Popular de Pu**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                   ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Figueroa & Serrano, PSC**            Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE PLAZA DIAZ, MARITZA _____ Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 1 of 1**

* Debtor to provide Adequate Protection Payments to Firstbank Puerto Rico through the Trustee in the sum $200 per month until confirmation.
* After confirmation of Plan Trustee will pay Firstbank Puerto Rico concurrently with attorney's fees in a 50/50% basis; once attorney's fees are paid in full the Trustee will make payments to Firstbank Puerto Rico ahead any other secured claim.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to Firstbank Puerto Rico through Chapter 13 Plan.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
 "Any excess over $1,500 from debtor's Christmas Bonus will be devoted each year to the plan's funding until completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor shall seek court's authorization prior any use of funds".
* Late filed claims filed by creditors will receive no distribution.
* Debtor reserves the right to object claims after plan confirmation.